**Dennis GOBURN, Plaintiff–Appellant,**

v.

**TRAVELERS INSURANCE COMPANY, Defendant–Appellee.**

**No. 02–1381.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Dennis Goburn, Appellant Pro Se. David Bruce Stratton, Jordan, Coyne & Savits, Washington, D.C., for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dennis Goburn appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Goburn v. Travelers Ins. Co.*, No. CA–02–504–AMD (D.Md. Apr. 1, 2002).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Pamela J. Diltz appeals the district court's orders granting the Government's motion to enforce an IRS summons and denying Diltz's motions for clarification and injunctive relief. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Diltz v. United States*, No. CA–02–7–1–T (W.D.N.C. May 1 & May 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We note that the district court thoroughly explained the reasons for its ruling from the bench.